

# MEMO ENDORSED

**MICHAEL A. CARDOZO**
*Corporation Counsel*

THE CITY OF NEW YORK
**LAW DEPARTMENT**
100 CHURCH STREET
NEW YORK, NEW YORK 10007

SDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 9/10/07

**SHAWN L. FABIAN**
*Assistant Corporation Counsel*
phone: (212) 788-0906
fax: (212) 788-9776
shfabian@law.nyc.gov

September 7, 2007

**BY FAX (212) 805-6326**
Honorable Colleen McMahon
United States District Judge
Southern District of New York
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street, Room 640
New York, New York 10007

SEP 7 · 2007

CHAMBERS OF
COLLEEN McMAHON

Re:    Winston Irving v. City of New York, et al., 07 Civ. 6075 (CM)

Your Honor:

        I am an Assistant Corporation Counsel in the Office of Michael A. Cardozo, Corporation Counsel of the City of New York, representing defendants City of New York ("City"), New York City Police Department ("NYPD") and Joseph Gartner ("Gartner") in the above-referenced matter. Defendants write to advise Your Honor that the parties have reached a settlement agreement in this matter.

        In light of the fact that the parties reached an agreement this afternoon, defendants respectfully request that the initial conference scheduled for this afternoon at 2:30 p.m. be cancelled as moot. Defendants are in the process of faxing plaintiff a Stipulation and Order of Settlement and Dismissal, and will provide Your Honor with a fully executed Stipulation and Order of Settlement and Dismissal once it has been duly executed.

*30 day rule*

*Colleen McMahon*
9/10/07

Thank you for your consideration herein.

Respectfully submitted,

Shawn D. Fabian (SF 4606)
Assistant Corporation Counsel
Special Federal Litigation Division

cc:    Michael W. Warren, Esq. (By Fax (718) 230-5145)
       Attorney for Plaintiff
       580 Washington Avenue
       Brooklyn, New York 11238

2